IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ALVIN HONEYCUTT                                                                                          PLAINTIFF

v.                              CASE NO. 2:21-CV-00049-BSM

CITY OF MARIANNA, *et al.*                                                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE